STATE of Missouri, Respondent,

v.

Edward D. CLARK, Appellant.

Edward D. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48696, WD 50515.

Missouri Court of Appeals, Western District.

Jan. 30, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Harry D. Bozoian, Asst. Attorney General, Jefferson City, for Respondent.

James C. Cox, Asst. Appellate Defender, Kansas City, for Appellant.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

**ORDER**

PER CURIAM.

This consolidated appeal is from convictions of armed criminal action and first degree assault and from the denial of a Rule

29.15 motion. Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).